UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| James E. Pietrangelo, II,<br><br>                Plaintiff,<br><br>                v.<br><br>Refresh Club, Inc. (dba The Wing) and<br>The Wing DC, LLC (dba The Wing aka The Wing DC),<br><br>                Defendants. | 18 Civ. 1943 (DLF) |

**UNOPPOSED MOTION FOR ADMISSION**
***PRO HAC VICE* OF CHRISTOPHER D. BELELIEU**

      Pursuant to Rule 83.2(d) of the Local Rules of this Court, Christopher D. Belelieu, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Mr. Belelieu provides his declaration, which is attached.

      Defendants' counsel has conferred with Plaintiff, who has confirmed that he does not object to the relief being sought.

Dated: September 18, 2018

                                                                                                             Respectfully submitted,

                                                                                                       */s/ Karen L. Dunn*
                                                                                                       Karen L. Dunn (kdunn@bsfllp.com)
                                                                                                        (D.D.C. Bar No. 1002520)
                                                                                                        BOIES SCHILLER FLEXNER LLP
                                                                                                        1401 New York Ave NW
                                                                                                         Suite 1100
                                                                                                        Washington, D.C. 20005
                                                                                                        Phone: (202) 237-2727
                                                                                                        Fax: (202) 237-6131

                                                                                                        *Counsel for Defendants*