UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| James E. Pietrangelo, II,<br><br>                Plaintiff,<br><br>                v.<br><br>Refresh Club, Inc. (dba The Wing) and<br>The Wing DC, LLC (dba The Wing aka The Wing DC),<br><br>                Defendants. | 18 Civ. 1943 (DLF) |

**DECLARATION OF CHRISTOPHER D. BELELIEU IN SUPPORT OF MOTION FOR ADMISSION <u>*PRO HAC VICE*</u>**

Christopher D. Belelieu declares as follows:

1. My full name is Christopher D. Belelieu. I submit this declaration in support of Defendants' motion for permission for me to appear and be heard in open court in the above-captioned matter.

2. I am a partner with Boies Schiller Flexner LLP, 575 Lexington Avenue, New York, New York, 10022. My telephone number is (212) 446-2300. I am counsel for Defendants.

3. I am a member of the Bar of the State of New York (admitted on February 27, 2007), the Southern District of New York (admitted on May 8, 2007), the Eastern District of New York (admitted on May 16, 2007), and the United State Court of Appeals for the Second Circuit (admitted on March 13, 2012). I am a member in good standing of each of the Bars to which I have been admitted.

4. I have never been disciplined by any Bar.

1

2

5. I have not been admitted *pro hac vice* in this District in the last two years.

6. I am not a member of the District of Columbia Bar, nor do I have an application for such membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2018

*/s/ Christopher D. Belelieu*
Christopher D. Belelieu