UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. PIETRANGELO, II,<br><br>    *Plaintiff*,<br><br>  v.<br><br>REFRESH CLUB, INC. (DBA THE WING), *et al.*,<br><br>    *Defendants*. | Civil Action No. 18-1943 (DLF) |

## ORDER

This matter is before the Court on the Motion to Dismiss filed by defendants Refresh Club, Inc. (dba The Wing) and The Wing DC, LLC (dba The Wing aka The Wing DC).  *See* Dkt. 11.

Plaintiff James Pietrangelo is representing himself, *pro se*.  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  *Id.* at 509.  Accordingly, Plaintiff is advised of the following:

Before the Court rules on the defendants' Motion to Dismiss, Dkt. 11, the plaintiff is entitled to file a memorandum and supporting evidence in response.  Under this Court's local rules, a party opposing a motion must serve and file a memorandum of points and authorities in opposition within 14 days of the date of service of the motion or "at such other time as the Court may direct."  Local Civil Rule 7(b).  If the plaintiff fails to respond to the defendants' motion in the time provided, the Court may (1) treat the motion as conceded; *id.*; (2) rule on the defendants'

motion based on the defendants' arguments alone and without considering the plaintiff's arguments; or (3) dismiss the plaintiff's claims for failure to prosecute, *see Bristol Petroleum Corp. v. Harris*, 901 F.2d 165, 167 (D.C. Cir. 1990) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 633 (1962)). Further, if the plaintiff "files an opposition to a dispositive motion and addresses only certain arguments raised by the defendant, a court may treat those arguments that the plaintiff failed to address as conceded." *Xenophon Strategies, Inc. v. Jernigan Copeland & Anderson, PLLC*, No. 15-1774, 2017 WL 3278839, at *7 (D.D.C. Aug. 1, 2017) (quoting *Hopkins v. Women's Div., Gen. Bd. of Glob. Ministries*, 284 F. Supp. 15, 25 (D.D.C. 2003)).

Accordingly, it is hereby **ORDERED** that the plaintiff shall file a brief in opposition to the defendants' Motion to Dismiss on or before October 16, 2018.  If the plaintiff does not file a response within the time provided, the Court may treat the motion as conceded, dismiss the plaintiff's claims for failure to prosecute, or rule on the motion to dismiss based on the defendants' arguments alone and without considering any arguments that the plaintiff may later wish to raise.

Date:  October 2, 2018

_____
DABNEY L. FRIEDRICH
United States District Judge