## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. PIETRANGELO, II | ) |
| | ) |
| *Plaintiff,* | )    Judge Dabney L. Friedrich |
| | ) |
| v. | )    Civil Action No. 1:18-cv-01943-DLF |
| | ) |
| REFRESH CLUB, INC. (dba THE WING), and | ) |
| THE WING DC, LLC (dba THE WING aka | ) |
| THE WING DC) | ) |
| | ) |
| *Defendants.* | ) |

## MOTION FOR JUDICIAL NOTICE

Pursuant to Fed.R. Evid. 201 and the Court's inherent powers, Plaintiff hereby moves the Court to take judicial notice of the adjudicative facts set forth in the Memorandum of Points and Authorities in Support below and in the Exhibits attached hereto. These facts, which just recently arose or were disclosed, are relevant to an argument and sworn averment(s) submitted by the Defendants (herein collectively "The Wing") in their motion to dismiss papers, and subsequently challenged by Plaintiff in his opposition and attempted surreply. Indeed, these facts seriously call into question the truthfulness or basis of Defendants' said argument and sworn averment(s). Further, these facts are generally known within the trial court's territorial jurisdiction, and/or can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

On September 26, 2018, The Wing filed a motion to dismiss Plaintiff's complaint. In its motion, The Wing centrally argued, among other things, that Plaintiff's claim that The Wing continues to have a policy, pattern, and practice of excluding men (including Plaintiff) from its accommodations based on their gender is moot because on August 30, 2018, The Wing "adopted a formal, written policy pursuant to which all applicants are evaluated based on their commitment to

The Wing's mission, regardless of their perceived gender or gender identity." 9/26/18 Defs. Mot. Memo. at 18-19. See, also, id. at 5-6. The Wing's argument was based on Exhibit 3 to its motion, the declaration of The Wing's CEO Audrey Gelman, wherein she averred under oath to the same effect.

The deliberate *implication* or *suggestion* of The Wing's argument and of Gelman's averment(s) was clearly that The Wing had adopted a policy of accepting *men* as well as women and those who identify as women. Indeed, there would have been no basis whatsoever for The Wing to argue that Plaintiff's specific claim of discrimination against men (including himself) by The Wing was moot if the implication or suggestion of The Wing's argument and of Gelman's averment(s) was not that The Wing's purported new policy provided for the admission of men. The exclusion of men obviously could not be legally mooted by the *non*-admission of men. Even after Plaintiff in his opposition and later attempted surreply to The Wing's motion questioned the genuineness and/or extent of The Wing's purported new policy, The Wing in its reply in support of its motion, if only by silence, maintained its implication or suggestion before the Court.

However, recently, on January 4, 2019, several articles and/or statements were published on the internet that directly bear on what The Wing's purported new policy actually meant or provided for. These articles/statements seem to confirm Plaintiff's earlier suspicion of The Wing's purported new policy, and indicate that the purported new policy did not apply to men at all, and was presented to the Court by The Wing simply in an effort to deceive the Court into abandoning jurisdiction in this case.

The first of these articles was a January 4, 2019 article by J.K. Trotter for website Business Insider entitled "Women's club The Wing quietly dropped its practice of banning men after a man filed a $12 million gender discrimination lawsuit." See Ex. 1 hereto. This article obviously refers to the events of the instant case. The second of these articles was a January 4, 2019 article by Anna Merlan for website Jezebel entitled "Endlessly Discussed Women's Coworking Space The Wing Is Updating Its Admission Policy." See Ex. 2 hereto. The third of these articles was a January 4, 2019

article by Lisa Ryan for website The Cut entitled "Co-Working Space The Wing Is No Longer Just for Women." See Ex. 3 hereto.  All three articles apparently report on the very same purported new policy of The Wing cited by The Wing in its motion to dismiss as the basis of its mootness argument. See Exs. 1-3 hereto.

The Business Insider article refers to a source from The Wing as indicating that "the new policy arose from discussions with Wing members who are trans[gender] and non-binary, who urged the company to adopt a policy that better recognized their identities." Ex. 1.  The article also quotes a representative of The Wing as telling Business Insider in pertinent part:

> The Wing is a space designed for women with a mission of advancing women through community. With a growing number of members who identify as transgender or beyond the gender binary, we want to make sure that we are as inclusive a community as possible. To that end, we've made internal updates and adopted written membership policies to ensure that The Wing's staff is trained not to make assumptions about someone's identity based on how they present, or to ask prospective members or guests to self-identify.

Ibid.  The article also links to a statement that Business Insider says was sent by The Wing via email to all of its members on January 4, 2019—the same day as the articles.  That email statement, similar to the press-release statement to Business Insider, reads in penitent part:

> With a growing number of members who identify as transgender or beyond the gender binary, we want to make sure that we are as inclusive a community as possible.  *** Gender identity and gender presentation are two distinct concepts and do not always align.  To that end, we've made some internal updates and adopted written membership policies to ensure that our staff is trained not to make assumptions about someone's identity based on how they present, or to ask prospective members or guests to self-identify.  We initiated these trainings and policies so that we can continue to build a community that reflects our values and pushes us all to be more inclusive.  What will this mean for you as a member?  We will be working to actively incorporate the perspective of trans and non-binary members into our offerings with more events like October's celebration of International Pronouns Day, or an upcoming talk with feminist, genderqueer writer and Wing member Jacob Tobia.  We recently changed the pronouns in the guest emails from "She's Landed" to "They've Landed."  And while The Wing will always be a

> space designed for women with a women's-focused mission, you may
> see folks at The Wing who express their gender in a variety of ways.

Ibid.

The Jezebel article notes that The Wing "has issued a slight adjustment to their admissions policy, one aimed at greater inclusivity towards trans and nonbinary people." Ex. 2.  The article also quotes a spokesperson for The Wing as telling Jezebel that The Wing has made "internal updates and adopted written membership policies to ensure that The Wing's staff is trained not to make assumptions about someone's identity based on how they present, or to ask prospective members or guests to self-identify." Ibid.  The article also reproduces the same email statement from The Wing that the Business Insider article linked to. See ibid.

The Cut article reports that The Wing "has amended its membership policy to be inclusive of the gender nonconforming and trans[gender] communities, the organization announced on Friday." Ex. 3.  The article also quotes, at least in part, the same press-release statement and separate email statement of The Wing quoted by the Business Insider and Jezebel articles. See ibid.

The meaning of all these developments—particularly the timing, i.e., the coincidence or non-coincidence of the dates of publication (all January 4, 2019)—is clear.  The Wing learned that one or more articles about the instant lawsuit and thus about The Wing's purported new policy were going to be published on January 4, 2019.  Most likely, The Wing had been contacted for comment by a reporter ahead of publication.  To prevent losing or unsettling its base, i.e., its women members/applicants/customers who subscribe(d) to The Wing's no-men policy in the first place, The Wing immediately engaged in a PR campaign (a press-release, and an email statement to its members) to assure them that in fact it had not dropped its no-men policy, or that it had not adopted a policy of admitting men, but instead had only issued a new policy codifying its commitment to its transgender and non-binary populations—neither of which include men or those

4

who identify as men.[1]  Even if the coincidental timing were not significant, the fact remains that The Wing conspicuously clarified for the world that its purported new policy adopted on August 30, 2018, and implemented fully on September 24, 2018, simply was not a policy admitting men, even those "committed" to The Wing's "mission."   Indeed, it is worth highlighting here that nowhere in its various PR-campaign statements on or about January 4, 2019, does The Wing ever use the word "men" or state that men can be members or are welcome as members.[2]

In short, The Wing clearly deceived the Court about its new policy.

For these reasons, Plaintiff asks the Court to take judicial notice.

Respectfully submitted,

/s/ James E. Pietrangelo, II

_____
JAMES E. PIETRANGELO, II
Pro Se
4455 Connecticut Ave., NW, Ste. 1110
Washington, D.C. 20008
(802) 338-0501

_____

[1] A transgender man still meets the definition of a woman by having a female body.  A transgender woman still meets the definiton of a woman by identifying as a woman.

[2] What The Wing's purported new policy means really is that men are welcome *as long as they do not identify as men*.  But of course that is a per se policy of gender-discrimination against men.

Exhibit 1

The Wing changed its membership policy to allow men after gender discrimination lawsuit | Business...

**BUSINESS INSIDER**

TECH   FINANCE   POLITICS   STRATEGY   LIFE   ALL

PRIME

INTELLIGENCE

# Women's club The Wing quietly dropped its practice of banning men after a man filed a $12 million gender discrimination lawsuit

**J.K. Trotter** 22h



**The Wing, Soho.**  Sarah Jacobs/Business Insider

- ■ **The Wing, a private club and co-working space aimed at women, quietly dropped its practice of not admitting men after a DC man sued the company for gender discrimination.**

- ■ **Paying members have portrayed the no-men rule as a bulwark against sexual harassment, while critics have called it discriminatory.**

- ■ **A person with knowledge of internal discussions at The Wing said the litigation was not the original impetus for the new membership policy.**

The Wing, a private club and co-working space aimed at women, has drawn acclaim, controversy, and government scrutiny for its

longstanding practice of refusing to admit men as members or guests.

The company has advertised its membership criteria during press interviews, through its clubs' decor, in its in-house magazine and podcast, and on its branded merchandise. Paying members have portrayed the no-men rule as a bulwark against sexual harassment, while critics have called it discriminatory. The company's ambitious plans for expansion, to nine cities in three countries, and growing war chest of venture capital, from investors like WeWork and Sequioa Capital, have drawn even more attention to it.

As this conversation was unfolding last year, however, The Wing quietly dropped its no-men rule after a 53-year-old man brought a gender discrimination lawsuit seeking damages of up to $12 million against the startup. The case has not been previously reported.

The Wing said in a statement on Friday that they have "adopted written membership policies to ensure that The Wing's staff is trained not to make assumptions about someone's identity based on how they present, or to ask prospective members or guests to self-identify," seeming to leave room open for men to be accepted as long as they "align" with The Wing's mission.

And in a statement previously submitted to the court for the lawsuit, The Wing's co-founder and CEO Audrey Gelman clarified that the new policy "provides that all applicants will be evaluated based on their commitment to The Wing's mission, regardless of their perceived gender identity."

A person with knowledge of internal discussions at The Wing said the litigation was not the original impetus for the new membership policy. They said the new policy arose from discussions with Wing members who are trans and non-binary, who urged the company to adopt a policy that better recognized their identities. Another factor, the person added, were a series of productive conversations Wing

executives had with agents of the New York City Commission on Human Rights, which opened an investigation into The Wing's membership practices in late 2017.

## 'The Wing has a policy, pattern, and practice of discrimination against men'

In June 2018, James E. Pietrangelo applied to The Wing's Washington, DC branch, in Georgetown, by filling out and submitting a brief online application. According to Pietrangelo's original complaint, he later called and spoke with two employees of The Wing about his application.

The first employee, Pietrangelo said, "affirmatively indicated that as a matter of policy [he] would automatically be denied membership because he is a man." The second employee "further explained ... The Wing would deny [him] membership by permanently deferring and thus never granting his application for membership."

Nearly three months later, in August, Pietrangelo filed a gender discrimination lawsuit against The Wing, in federal court in DC, seeking combined damages of at least $75,000 and up to $12 million.

"The Wing has a policy, pattern, and practice of discrimination against men," he wrote, citing his conversation with the company's staffers, media coverage stemming from the New York City government's unrelated investigation into its membership policy, and its own marketing materials.

(The Wing was not the first entity to be sued by Pietrangelo, an attorney who often represents himself *pro se*. He has brought litigation against the United States Army, a city in Ohio, a deli in Vermont, and a law firm in Washington, DC. The last case led to a decision, handed down by the DC Court of Appeals in 2009, that stated his "conduct in this case and at trial was a shocking abuse of the judicial system.")

Pietrangelo's complaint against The Wing hinged on the District of Columbia's Human Right Act, which forbids most businesses that serve the public from denying service to customers because of their sex, gender identity, or gender expression. The legal journalist Mark Joseph Stern has argued The Wing's original membership rules fall afoul of the DCHRA. The Wing, he wrote at Slate last year, is "a for-profit company that provides members goods and services in exchange for money — more like a country club than the Boy Scouts. This profit motive subjects The Wing to New York and D.C.'s public accommodations laws, which clearly proscribe sex-based exclusions." The legal director of the American Civil Liberties

The Wing changed its membership policy to allow men after gender-discrimination lawsuit... 1/6/19, 1:04 AM

Union's D.C. chapter, Arthur Spitzer, expressed similar skepticism to the radio station WAMU.

Sarah Jacobs/Business Insider

## The Wing has a new policy that screens candidates based only on 'their commitment to The Wing's mission'

The Wing's response to Pietrangelo, submitted in late September, offered three counter-arguments.

The first one rejected Pietrangelo's claim that he had been harmed by The Wing's policy and deserved $12 million in damages, given that he was able to work in his own apartment building. The second one claimed that, because any actual damages were unlikely to exceed $75,000, the court lacked jurisdiction. Federal courts are allowed to hear civil cases among litigants located in different jurisdictions only when the damages in question exceed $75,000. Both The Wing and its DC subsidiary are incorporated in Delaware, while Pietrangelo, a resident of Ohio, currently lives in Washington, DC.

The Wing's third argument was very different. It stated that Pietrangelo's claims were "mooted," or invalidated, because The Wing had "recently adopted a formal, written membership policy" that screens candidates based only on "their commitment to The

Wing's mission." In a statement submitted to the court, Gelman, The Wing's co-founder and CEO, clarified that her company dropped its no-men-allowed practice more than three months ago, on September 24:

Prior to August 30, 2018, The Wing did not have a formal, written membership policy and The Wing's practice was to admit as members only women and non-binary individuals. On August 30, 2018, The Wing's Board of Directors approved the adoption of The Wing's first formal, written membership policy. That membership policy provides that all applicants will be evaluated based on their commitment to The Wing's mission, regardless of their perceived gender identity. On September 24, 2018, The Wing implemented the policy with respect to its application

https://www.businessinsider.com/the-wing-changed-membership-policy-to-allow-men-after-gender-discrimination-lawsuit-2019-1?r=UK&IR=T

process.

The Wing's decision to alter its membership policy represents a fundamental shift from its stance last year, when it learned of an ongoing investigation, conducted by the New York City Commission on Human Rights, into its membership policy. Representatives for The Wing told dozens of media outlets that they were not in violation of the city's human rights law, which heavily overlaps with its DC equivalent.

There is not an established causal connection between Pietrangelo's lawsuit and the new membership policy.

Although The Wing states in filings that it did not have a formal written policy before August, Gelman told NBC News in May that The Wing's members "are women, self-identifying women, trans women, and individuals who don't identify of the gender binary. That is our membership policy."

## The Wing says Pietrangelo's application reflected 'at best indifference, and at worst hostility' to its mission

The decision on the new policy dovetails with the company's contention that Pietrangelo would have been rejected anyway, based on the content of his application.

"Plaintiff's answers to the applications' substantive questions reflected at best indifference, and at worst hostility, to The Wing's unique mission," wrote the company's attorneys, Karen Dunn and Christopher Beleliu of Boies Schiller Flexner, who described their client's mission as "the professional, civic, social, and economic advancement of women through community." In a subsequent filing, The Wing reproduced Pietrangelo's completed application, which reads, in part:

Question: Why do you want to become a member of The Wing?

Answer: Looks like a great place to work and network in a

nurturing environment.

Question: How have you promoted or supported the advancement of women? Provide specific examples.

Answer: I have always supported and advocated for equality for all people.

Question: What do you think is the biggest challenge facing women today?

Answer: The same challenges facing men.

Since the original complaint and response, the case has grown increasingly acrimonious. In an October 9 filing, Pietrangelo wrote, "The Wing's purported new policy is completely subjective — The Wing retains absolute discretion to determine who is and is not 'committed' to The Wing's 'mission' — and thus can easily be a proxy or cypher for excluding all men."

In an October 16 filing, The Wing's attorneys argued, "Plaintiff's own allegations demonstrate that The Wing is highly selective and Plaintiff does not dispute that his application was devoid of any [indication] that he is committed to, or even supportive of, The Wing's mission. Simply put, Plaintiff is not a competitive applicant to The Wing."

The same filings contain previously undisclosed details of The Wing's membership process. For example, Pietrangelo calculated, and The Wing's attorneys did not dispute, that the company's overall acceptance rate is "just over 8%." This would make The Wing, across all locations, more competitive than the vast majority of undergraduate programs in the US. According to Gelman's statement to the court, just 12 of the approximately 26,000 applicants were men.

Pietrangelo, reached by telephone, did not have immediate comment on his lawsuit.

In a statement to INSIDER, a representative of The Wing said:

The Wing is a space designed for women with a mission of
advancing women through community. With a growing number
of members who identify as transgender or beyond the gender
binary, we want to make sure that we are as inclusive a
community as possible. To that end, we've made internal
updates and adopted written membership policies to ensure that
The Wing's staff is trained not to make assumptions about
someone's identity based on how they present, or to ask
prospective members or guests to self-identify.

Particularly in the context of ongoing attempts to narrowly
define gender as a biological condition determined at birth,
ensuring that our community is inclusive of the trans and non-
binary community couldn't be more important. We're committed
to advancing a feminist ethos that is inclusive of those who align
with our mission, including women and people of marginalized
genders.

The Wing also provided a copy of a lengthy announcement sent to
members on Friday about the new membership policy. It does not
mention Pietrangelo's lawsuit.

The case is currently awaiting a ruling by Judge Dabney L.
Friedrich, who was appointed by the Trump administration in
December 2017, after a 97-3 vote in the U.S. Senate.

*Read the original article on INSIDER.*

*Follow INSIDER on Facebook.*

*Copyright 2019. Follow INSIDER on Twitter.*

**MORE FROM INSIDER:**

- Chance the Rapper apologized for working with R. Kelly 'and for taking this long to speak out'

- Video of Drake fondling 17-year-old on stage sparks questions about the relationship between male musicians and their young female fans

- 33 Instagram accounts to follow in 2019 that will actually make you feel good about your body

**NOW WATCH: This 19-year-old opened a restaurant with a $155 tasting menu**

More:   Real-Time Investigations    The Wing    Gender    Law

Taboola Feed

**3 Ways to Build Wealth Without Touching the Stock Market**
Sponsored by YieldStreet

**District Of Columbia Will Pay You to Install Solar if You Live Near Washington**
Sponsored by Energy Bill Cruncher Solar Quotes

**This Clever Trick Makes Amazon Cheaper Than Ever**
Sponsored by Honey

**U.S. Cardiologist: It's Like a Pressure Wash for Your Insides**
Sponsored by Health Headlines

**Special Program Pays Off Your House If You Qualify**
Sponsored by Fetcharate Mortgage Quotes

**Here's a map showing how Trump's approval ratings in each state have changed since he took office**

**Miley Cyrus wore an unzipped jacket with nothing underneath, and people were confused about how it stayed in place**

**John Kelly reportedly took notes on Jared Kushner and Ivanka Trump and left them on his desk in full view**

**There's a hidden reason why Alexandria Ocasio-Cortez wore a white jumpsuit to her congressional swearing-in ceremony**

**Two Savings Accounts That Pay 10x What Your Bank Pays**
Sponsored by MyFinance Bank Referrals

**How to Stop Dog Barking in Seconds?**
Sponsored by PetGentle

**Forget Traditional Hair Dye if you Color Grays -- Do This Instead**
Sponsored by eSalon

**Trump tweeted a picture of himself signing a 'bill' that appears to be a blank sheet of paper, and the internet is having a field day**

**What happens when you show up at Costco without a membership card, according to employees**

**An arrest, a debutante ball, and 3 marriages: Inside the lives of the super rich Huawei dynasty**

**Trump reportedly flicked a folder and scattered papers in anger after his fiery debate with Nancy Pelosi and Chuck Schumer**

**A 21-year-old man has been charged with raping an 11-year-old girl he met on Tinder**

he met on Tinder

She Was A Huge Star In The 90s, Now She Lives An Ordinary Life

Sponsored by Finance Nancy

Couple Adopts Triplets. A Week Later, Doctors Reveal Unexpected News

Sponsored by Hooch

17 Stars Who Gave Up Their Children For Adoption

Sponsored by Topix

If Your Dog Licks Its Paws (Do This Every Day)

Sponsored by Dr. Marty

Only 9 movies received a perfect score on Rotten Tomatoes this year — here they are

People can't stop talking about the Netflix horror movie 'Bird Box.' Here's what it's about.

Inside Trump's daily routine, which includes 3 to 4 hours of sleep, 'executive time,' and no breakfast

Borderline Ridiculous Photos Taken By Employees That Are Hilarious

Sponsored by NinjaJournalist

Forget Balance Transfer Cards If You're in Debt (Do This Instead)

Sponsored by Freedom Debt Relief

Here's Why Guys Are Obsessed With These Sweats...

Sponsored by The Weekly Brief by Mack Weldon

Michelle Obama made a subtle joke about Trump potentially get indicted, and the crowd loved it

Norway has released video from inside the elite warship that sank after getting rammed by a tanker

**A black teacher who filed a racial discrimination suit against her New York school claims colleagues told her an office lunch table was for 'whites only'**

**This Photo Has Not Been Edited, Look Closer**
Sponsored by Travelfuntu

**Read Ebooks? Here's The Worst Kept Secret Among Book Lovers**
Sponsored by The Book Insider

**When He Turned 31, She Was Just Born. But Now They're A Celebrity Couple**
Sponsored by DirectExpose

**VIDEOS YOU MAY LIKE**      by Taboola

How to make a Versace-inspired crystal jacket for under $200 with Amber Scholl

I stopped eating breakfast for 2 weeks and I'm never doing it again

Meet the 24-year-old who's the youngest female broker in the New York Stock Exchange

This was the one food the internet was obsessed with this year

**FROM THE WEB**      by Taboola

**'Americas Favorite Veterinarian' Reveals The One Thing Every Dog Owner Should Do**
Ultimate Pet Nutrition

**A Fast Way To Pay Off $10,000 In Credit Card Debt**
Nerdwallet

The Wing changed its membership policy to allow men after gender discrimination lawsuit

1/6/19, 1:04 AM

**SPONSORED FINANCIAL CONTENT**

**Famed Economist: "Why a crash is simply inevitable at this point."** Dent Research

**She Earns $400 to $1000 Per Day Doing THIS** Agora Financial

**Marijuana Investing For Beginners** Money Map Press

**Kick Off The New Year With A $200 Bonus Offer** WiseBread.com

**6 Credit Cards You Should Not Ignore If You Have Excellent Credit** NerdWallet

dianomi

**POPULAR**



**Trump reportedly said 'f--k' several times during a meeting with Nancy Pelosi, and later apologized**

   

* Copyright © 2019 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service, Privacy Policy and Cookies Policy.

Sitemap | Disclaimer | Commerce Policy | Coupons | Made in NYC | Stock quotes by finanzen.net

International Editions: INTL | DE | AUS | FR | IN | IT | JP | MY | NL | SE | PL | SG | ZA | ES

Exhibit 2

Endlessly Discussed Women's Coworking Space The Wing Is Updating Its Admissions Policy                1/6/19, 1:14 AM



JEZEBEL    THE A.V. CLUB    DEADSPIN    GIZMODO    JALOPNIK    KOTAKU    LIFEHACKER    SPLINTER    THE TAKEOUT    THE ROOT    THE ONION    CLIC

VIDEO    DIRTCAST    THE MUSE    THE SLOT    PICTORIAL    TWSS    BARF BAG    DIRT BAG

# Endlessly Discussed Women's Coworking Space The Wing Is Updating Its Admissions Policy

Anna Merlan
Friday 4:46pm

29.9K    24    3



Wing co-founder Audrey Gelman, pictured in October 2018.
Image: Getty

The Wing, New York's hotly discussed women's coworking space, has issued a slight adjustment to their admissions policy, one aimed at greater inclusivity towards trans and nonbinary people. In a statement to Jezebel, a Wing spokesperson said the company has made "internal updates and adopted written membership policies to ensure that The Wing's staff is trained not to make assumptions about someone's identity based on how they present, or to ask prospective members or guests to self-identify."

The Wing has three locations in New York, and three more in Los Angeles, D.C., and San Francisco; the company recently announced it will expand internationally to Toronto and London. But their continued growth in the five boroughs isn't guaranteed: the Wing has been under investigation by the New York City Commission on Human Rights for nearly a year, an inquiry focused on whether the club discriminates against potential customers on the basis of gender, which would violate the city's public accommodation laws. In an email to Jezebel in mid-December, a spokesperson for the commission confirmed that the investigation is ongoing (and then failed to respond to several followup emails about when it might conclude and if the city would make any public announcement on their findings).

Endlessly Discussed Women's Coworking Space The Wing Is Under Investigation, Updated to Add Wing's Response to Petition 1/6/19, 1:14 AM

An email that went out on Friday afternoon to Wing members, signed by Wing co-founders Audrey Gelman and Lauren Kassan, didn't mention the investigation. Instead, it described the policy as part of an ongoing internal effort to be more inclusive and aware of the spectrum of gender identities. Among other things, it announced that Wing staff won't ask members or guests to disclose their gender identity and have changed the gender pronouns in their welcome emails from "she" to "they."

"[W]hile The Wing will always be a space designed for women with a women's-focused mission, you may see folks at The Wing who express their gender in a variety of ways," it adds.

The Wing's statement to Jezebel also made a generalized reference to the fact that the Trump administration is exploring ways to strip legal rights from trans citizens and removing language from government materials on workplace protections for federal employees who are trans.



ADVERTISEMENT

"Particularly in the context of ongoing attempts to narrowly define gender as a biological condition determined at birth," the statement reads, "[E]nsuring that our community is inclusive of the trans and non-binary community couldn't be more important. We're committed to advancing a feminist ethos that is inclusive of those who align with our mission, including women and people of marginalized genders."

Here's the full relevant portion of the email the Wing founders sent to their membership:

As a space designed for women, The Wing is at the forefront of conversations around gender and inclusion. With a growing number of members who identify as transgender or beyond the gender binary, we want to make sure that we are as inclusive a community as possible. We're committed to advancing a feminist ethos that is inclusive of those who align with our mission, including women and people of marginalized genders.

Gender identity and gender presentation are two distinct concepts and do not always align. To that end, we've made some internal updates and adopted written membership policies to ensure that our staff is trained not to make assumptions about someone's identity based on how they present, or to ask prospective members or guests to self-identify. We initiated these trainings and policies so that we can continue to build a community that reflects our values and pushes us all to be more inclusive.

What will this mean for you as a member? We will be working to actively incorporate the perspective of trans and non-binary members into our offerings with more events like October's celebration of International Pronouns Day, or an upcoming talk with feminist, genderqueer writer and Wing member Jacob Tobia. We recently changed the pronouns in the guest emails from "She's Landed" to "They've Landed." And while The Wing will always be a space designed for women with a women's-focused mission, you may see folks at The Wing who express their gender in a variety of ways.

These updates will only fortify our ability to create communities that are affirming and safe for women and marginalized genders in a world that is often hostile to our advancement. We hope to be a blueprint for other gender-specific spaces working to shift or adopt policies to affirm gender identities beyond the binary.



ADVERTISEMENT

As with everything relating to the Wing, this decision will surely engender little to no discussion and certainly not envelop our Twitter feeds for the next 48 hours.

**Update, 8:00 p.m.:** *Well.* In an interesting development, our former colleague J.K. Trotter, now writing for Insider, reports that the Wing adopted this membership change in the midst of being sued by a 53-year-old D.C.-area man for gender discrimination. James E. Pietrangelo, who appears to be a frequent and voluminous pro se lawsuit-filer, sued the Wing on August 20 of this year, months after applying for a membership there (an application which the Wing said in court remains "pending"). In his suit, Pietrangelo accused the company of having "a policy, pattern, and practice of discrimination against men."

The Wing, however, is denying that the lawsuit was related to their policy change, telling us in a statement, "The decision had absolutely nothing to do whatsoever with this claim and had been in the works six months before it was filed. Any assertion implying otherwise is intentionally misleading."



ADVERTISEMENT

As Trotter points out, though, in their response to Pietrangelo's suit, the Wing states that they only officially changed the membership policy in September— that is, after the suit was filed. In a statement to the court, Gelman, the Wing's co-founder, said the company changed its admissions policies on August 30 — ten days after Pietrangelo filed his complaint — and implemented them on September 24:

> Prior to August 30, 2018, The Wing did not have a formal, written membership policy and The Wing's practice was to admit as members only women and non-binary individuals. On August 30, 2018, The Wing's Board of Directors approved the adoption of The Wing's first formal, written membership policy. That membership policy provides that all applicants will be evaluated based on their commitment to The Wing's mission, regardless of their perceived gender identity. On September 24, 2018, The Wing implemented the policy with respect to its application process.

Records show that Pietrangelo has complained he suffers "humiliation, embarrassment, and indignity" from the Wing's various public statements about men and that the company displays "anti-men and woman-only signage" online and in places like its magazine, *No Man's Land*. He's also argued that the Wing posted statements on Twitter as late as October "demonstrating that The Wing yet still promotes itself as for women only."



ADVERTISEMENT

The lawsuit remains open, though no new filings have been submitted since October.

**SHARE THIS STORY**



**RECOMMENDED STORIES**



**The New York Human Rights Commission Is Investigating The Wing [Updated]**



**You Can Just Stop Hanging Out With Men**



**'Y'all Are Demons': An Investigation Into a Patch and Who Stole It**

ABOUT THE AUTHOR

Anna Merlan

Anna Merlan

Anna Merlan is a Senior Reporter with the Special Projects Desk, which produces investigative work across all of Gizmodo Media Group's web sites.

✉ Email     🐦 Twitter     ↰ Posts     🔍 Keys ⌄



Want Jezebel's email newsletter?

Your email address

Subscribe

By subscribing you agree to our Terms of Use and Privacy Policy.

Exhibit 3

**THE WING** | JAN. 4, 2019

# Co-Working Space The Wing Is No Longer Just for Women

By Lisa Ryan | 🐦 @lisatrya



The Wing. Photo: Edith Young

The Wing, a co-working and networking space originally designed for women, has amended its membership policy to be inclusive of the gender nonconforming and trans communities, the organization announced on Friday. Previously, the club's women-only policy applied to members and guests.

"With a growing number of members who identify as transgender or beyond the gender binary, we want to make sure that we are as inclusive a community as possible," Zara Rahim, a spokesperson for the Wing, told the Cut in a statement. "To that end, we've made internal updates and adopted written membership policies to ensure that The Wing's staff is trained not to make assumptions about someone's identity based on how they present, or to ask prospective members or guests to self-identify."

Since its founding in 2016, the Wing has been both lauded and criticized for its policy of operating as a women-only social club and co-working space. In March, New York City Human Rights Commission launched an investigation to determine whether its membership practice violated the city's Human Rights Law, which Jezebel reported "forbids businesses that furnish public accommodations, including most private clubs (though not all), from discriminating against customers because of their gender." Jezebel now reports that in a December email, the commission stated that the investigation was still ongoing.

The organization announced the policy change to members in a Friday email (that did not mention the investigation). Signed by co-founders Audrey Gelman and Lauren Kassan, the email states that the organization has initiated internal "trainings and policies so that we can continue to build a community that reflects our values and pushes us all to be more inclusive." The founders also wrote that they are working to incorporate more trans and gender nonbinary perspectives into the Wing's programming. The email further reads in part:

> Our mission of advancing women is at the forefront of The Wing's culture and guides our membership policy as our community grows. These updates will only fortify our ability to create communities that are affirming and safe for women and marginalized genders in a world that is often hostile to our advancement. We hope to be a blueprint for other gender-specific spaces working to shift or adopt policies to affirm gender identities beyond the binary.
>
> Particularly in the context of ongoing attempts to narrowly define gender as a biological condition determined at birth, ensuring that our community is inclusive of the trans and nonbinary community couldn't be more important.

Also on Friday, Insider reported that the organization had been hit with a gender discrimination lawsuit in August by James E. Pietrangelo, a 53-year-old man who alleged that his membership application had been rejected from the Wing's Washington, D.C., branch last June. Insider notes that the plaintiff often represents himself in lawsuits, including litigation against a Vermont deli, a city in Ohio, the United States Army and a Washington, D.C., law firm. (In 2009, a judge stated in a decision against Pietrangelo that his "conduct in this case and at trial was a shocking abuse of the judicial system," per Insider.)

According to Insider, the Wing officially instituted its policy change in September, while Pietrangelo's suit was ongoing. In a statement submitted to the court, The Wing's CEO Audrey Gelman explained: "Prior to August 30, 2018, the Wing did not have a formal, written membership policy and The Wing's practice was to admit as members only women and nonbinary individuals. On August 30, 2018, the Wing's Board of Directors approved the adoption of The Wing's first formal, written membership policy."

However, a Wing source told the Cut that the lawsuit had nothing to do with this decision whatsoever. The Wing source also stated that the development of the policy began in March, and that it went to effect in the fall through staff trainings.

The Wing now operates three spaces in New York, as well as branches in Washington, D.C., and San Francisco. This year, it plans to open additional spaces in Los Angeles, Chicago, Boston, London, Toronto, and Paris, according to Fast Company. In May, the Wing announced a scholarship program with the aim of creating a more economically diverse community, and in October, it announced it would be offering short-term child care options for its members.

"[W]hile The Wing will always be a space designed for women with a women's-focused mission, you may see folks at The Wing who express their gender in a variety of ways," the co-founders' email to members further read.

*This post has been updated.*

RELATED

› Women-Only Social Club Is Under Investigation by the NYC Human Rights Commission

TAGS:  THE WING  POWER  WORK  SOCIAL CLUBS  MORE

▬ LEAVE A COMMENT

## THE LATEST

**YESTERDAY AT 1:43 P.M.**
Why Is Gwyneth Paltrow's Go-to Quote About Bitching Out a Yoga Studio Employee? 

**1/4/2019 AT 8:22 P.M.**
Co-Working Space The Wing Is No Longer Just for Women 

**1/4/2019 AT 6:03 P.M.**
I'm Extremely Jealous of Frankie Muniz's Retiree Lifestyle 





**ALWAYS SHOPPING** | 1/4/2019 AT 5:06 P.M.

**The Best Robes for Lazy Days** Or whenever you just want maximum comfort.
By the Cut

---

1/4/2019 AT 4:59 P.M.

**Woman in Vegetative State Gives Birth, Prompting Sexual Assault Investigation**



---

1/4/2019 AT 3:59 P.M.

**James Marsden Deserved Better in** *The Notebook*



---

1/4/2019 AT 3:47 P.M.

**What It's Like to Have Justin Bieber Sing 'Sexual Healing' to You**



---

1/4/2019 AT 3:40 P.M.

**Rashida Tlaib Won't Back Down on Her Trump Criticism**



---

1/4/2019 AT 2:55 P.M.

**This Bath Bomb Is So Excited to See You**



---

1/4/2019 AT 2:18 P.M.

**Here's Why You Don't Try to Kidnap Someone Inside a Karate Studio**



---

1/4/2019 AT 2:14 P.M.

**Does This Otter Have a Better Skin-Care Routine Than You?**



---

1/4/2019 AT 1:40 P.M.

**An Expat's Life in Tokyo, Captured on Film**



---

1/4/2019 AT 1:30 P.M.

**Alexandria Ocasio-Cortez Responds to Conservative Trolls With New Dancing Video**



---

1/4/2019 AT 1:23 P.M.

**Huda Kattan Is Over the Instagram Brow**



---





**PROMISES PROMISES** | 1/4/2019 AT 1:02 P.M.

What I Learned When I Gave Up Fast Fashion My New Year's resolution took over my life. In a good way.
By Sarah Spellings

1/4/2019 AT 12:24 P.M.
What to Know About *Surviving R. Kelly* 





**SCIENCE OF US** | 1/4/2019 AT 12:19 P.M.

Should I Stop Counting How Many Books I Read? A neurotic reader's look at the pros and cons of specific, written goals.

By Katie Heaney

---

1/4/2019 AT 12:03 P.M.

This Woman Is Making Shawls Sexy, I Swear to You



---

1/4/2019 AT 11:21 A.M.

Chopt Has Become a Brutal Hellscape in New York



---

1/4/2019 AT 11:16 A.M.

How Worried Should I Be About the Flu This Year?



---

**MORE STORIES ›**

SIGN IN TO COMMENT

THE CUT

STYLE | SELF | CULTURE | POWER

NEWSLETTERS    ABOUT US    CONTACT    MEDIA KIT    CAREERS    PRESS    TRADEMARK    PRIVACY    TERMS    AD CHOICES

© 2019, NEW YORK MEDIA LLC. VIEW ALL TRADEMARKS