UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. PIETRANGELO, II )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>REFRESH CLUB, INC. (dba THE WING), and )<br>THE WING DC, LLC (dba THE WING aka )<br>THE WING DC) )<br>)<br>*Defendants*. )<br>) | Judge Dabney L. Friedrich<br><br>Civil Action No. 1:18-cv-01943-DLF |

**SUPPLEMENTAL DECLARATION
OF PLAINTIFF JAMES E. PIETRANGELO, II
IN SUPPORT OF HIS OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

I, James E. Pietrangelo, II, hereby state as follows:

1. I am over the age of 18, suffer no legal disabilities, and am a legal resident of the State of Ohio.

2. I have personal knowledge of the facts herein and am competent to testify as to all matters herein.

3. I am the Plaintiff in the above-captioned case, and I am making this Supplemental Declaration in support of my Memorandum in Opposition to Defendant's September 26, 2018 Motion to Dismiss, but *only so far* as my Memorandum opposes Defendants' 12(b)(1) factual challenge(s) to my complaint.

4. I am making this Supplemental Declaration due to the length of time that has passed since the original briefing on the motion to dismiss.

5. To date, since June 5, 2018, I still have not received any email or any other type of notice or communication from The Wing/The Wing DC stating or indicating that I have been granted membership to The Wing/The Wing DC or that I may enjoy or access or use The Wing's/ The Wing DC's accommodations.  Thus, for more than 11 months now (and counting) in total, while The Wing has continued to operate and to grant membership and access to women, I have been denied membership and access to The Wing/The Wing DC by The Wing under The Wing's/ The Wing DC's employees' original statements to me on June 5, 2018, that as a matter of policy of The Wing I would automatically be denied membership by The Wing simply because I am a man and that The Wing would deny me membership by permanently deferring and thus never granting my application for membership.

6. To date, since June 5, 2018, The Wing has also continued to regularly make, and thus has continued to regularly subject me to, various public policies, statements, and portrayals of discrimination, exclusion, stereotyping, demeaning, degrading, disparaging, and objection to/of/ against men—including those public policies, statements, and portrayals identified in Plaintiff's previously-filed four Motions for Judicial Notice, which are fully incorporated herein.  Thus, for more than 11 months now (and counting) in total, I have been made by The Wing to literally feel like a second-class citizen and demeaned in my person. As a result, I have felt and feel embarrassment, humiliation, and indignity.

Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of May 2019.            /s/ James E. Pietrangelo, II
                                                  _____
                                                  JAMES E. PIETRANGELO, II