UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES E. PIETRANGELO, II,

    *Plaintiff*,

v.

REFRESH CLUB, INC., *et al.*,

    *Defendants.*

No. 18-cv-1943 (DLF)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that the defendants' Motion to Dismiss, Dkt. 11, is **DENIED**;

**ORDERED** that the plaintiff's First Motion for Judicial Notice, Dkt. 17, Second Motion for Judicial Notice, Dkt. 18, Third Motion for Judicial Notice, Dkt. 19, and Fourth Motion for Judicial Notice, Dkt. 20, are **GRANTED** as conceded under Local Civil Rule 7(b).

                                                                           _____
                                                                          DABNEY L. FRIEDRICH
                                                                          United States District Judge

June 4, 2019