# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

|  |  |  |
|---|---|---|
| JAMES E. PIETRANGELO, II | ) | |
| | ) | |
| *Plaintiff,* | ) | Judge Dabney L. Friedrich |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-01943-DLF |
| | ) | |
| REFRESH CLUB, INC. (dba THE WING), and | ) | |
| THE WING DC, LLC (dba THE WING aka | ) | |
| THE WING DC) | ) | |
| | ) | |
| *Defendants.* | ) | |

---

## ORDER

Upon consideration of Plaintiff's Motion to Compel Against Defendants Refresh Club, Inc. dba The Wing and The Wing DC, LLC (herein collectively, "Defendant"), Defendant's opposition thereto and Plaintiff's Reply thereto, if any, it is this ___ day of _____, 20__, hereby ORDERED that Plaintiff's Motion be, and it hereby is, granted, with the following relief:

____ Defendant is required to designate knowledgeable corporate representatives for and to appear and answer questions at a second Fed.R.Civ.P. 30(b)(6) deposition at a location, date, and time of Plaintiff's sole choosing within twenty (20) days of entry of this Order;

____ Defendant is required to pay for all of the expenses of the second Fed.R.Civ.P. 30(b)(6) deposition, including but not limited to Plaintiff's travel, location, court reporter, and transcript costs;

____ Defendant is required to truthfully, fully, and knowledgeably answer Plaintiff's Interrogatory No. 5 within twenty (20) days of entry of this Order;

____ Defendant is required to fully produce all documents responsive to each of Plaintiff's 47 denied RFPs within twenty (20) days of entry of this Order;

___    Defendant is required to pay Plaintiff's reasonable expenses in bringing his Motion and

having it heard;

_____    and the following just relief:

IT IS SO ORDERED.

_____
Dabney L. Friedrich
United States District Court Judge

Copies to:

James E. Pietrangelo, II
*Plaintiff Pro Se*

Karen L. Dunn
Jessica Phillips
Christopher D. Belelieu
BOIES SCHILLER FLEXNER LLP
*Counsel for Defendants*